UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:04-cr-303-J-20MCR

WENDELL J. BARTLEY
_____/

## ORDER

THIS CAUSE is before this Court on Defendant's letter which will be construed as a Motion for a Reduction of Sentence pursuant to the Fair Sentencing Act of 2010, Amendment 750, and U.S.S.G. § 1B1.10. (Dkt. 44). However, Defendant is not entitled to such relief as he was sentenced to a statutory mandatory minimum sentence.

Accordingly, it is **ORDERED**:

Defendant's construed Motion for a Reduction of Sentence pursuant to the Fair Sentencing Act of 2010, Amendment 750, and U.S.S.G. § 1B1.10 (Dkt. 44) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of January, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Wendell J. Bartley
United States Attorneys Office